IN THE UNITED STATES COURT OF FEDERAL CLAIMS

JUSTEN NOLL,
Plaintiff(s)

v.

UNITED STATES,
Defendants(s)

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO v. ) F.R.C.P. 41(a)(1)(A)(i)**

Case No.: 1:21-cv-01762-RTH

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) _Justen Noll_ and or their counsel(s), hereby give notice that the above captioned action is voluntarily dismissed, without prejudice against the defendant(s) _United States_.

Date: _10/20/21_

_Justen Noll_
Signature of plaintiffs or plaintiff's counsel

_2328 Crestview Dr. S_
Address

_Salem, OR    97302_
City, State & Zip Code

_503-302-0928_
Telephone Number